JUSTICE MARSHALL and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 90–6891. IN RE MASON. Ct. App. Cal., 2d App. Dist. Petition for writ of common-law certiorari denied.

No. 90–6924. IN RE BOSA. Petition for writ of mandamus denied.

No. 90–6920. IN RE GILLISPIE. Petition for writ of prohibition denied.

No. 90–838. MOLZOF, PERSONAL REPRESENTATIVE OF THE ESTATE OF MOLZOF *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted.

No. 90–970. LECHMERE, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari granted.

No. 90–1014. LEE ET AL. *v.* WEISMAN, PERSONALLY AND AS NEXT FRIEND OF WEISMAN. C. A. 1st Cir. Certiorari granted.

No. 90–1102. GIBSON *v.* FLORIDA BAR ET AL. C. A. 11th Cir. Certiorari granted.

No. 90–6297. WILLIAMS *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 90–73. GENERAL AMERICAN LIFE INSURANCE CO. *v.* SIMMONS. Sup. Ct. Ala. Certiorari denied.

No. 90–244. MASSACHUSETTS MUTUAL LIFE INSURANCE CO. *v.* COLLINS. Sup. Ct. Ala. Certiorari denied.

No. 90–728. SYRE *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.